IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED 2021 OCT -6 AM 11:55

Ellis Stinnette
2340 Hickory Creek Rd.
Melbourne, FL 32935    Plaintiff

**VERIFIED COMPLAINT AND JURY DEMAND**

**BRIEF IN SUPPORT OF PLAINTIFF'S COMPLAINT FOR QUIET TITLE**

v

**NO ORAL ARGUMENTS REQUESTED**

**CENTRAL PACIFIC MORTGAGE COMPANY**
**950 IRON POINTE ROAD SUITE 200**
**FOLSOM, CALIFORNIA 95630**
           DEFENDANT

Honorable:
Case No:

## COMPLAINT

Ellis Stinnette the Plaintiff, and in support of their Complaint state as follows:

## STATEMENT OF CLAIM

The Plaintiff, Ellis Stinnette claims absolute title to property address 2340 Hickory Creek Road Melbourne, FL 32935.

## PARTIES

Plaintiffs restate their foregoing allegations as if fully set forth herein.

Plaintiff is the real party in interest and the rightful title owner to this property address 2340 Hickory Creek Road Melbourne, FL 32935.

Plaintiff has the original title to property address 2340 Hickory Creek Road Melbourne, FL 32935.

1. Under information and belief, the defendant is a California Corporation with its statutory agent on record with their perspective Division of Corporations as set forth in the caption hereto.

2. At all times relevant hereto Defendant conducted substantial business within the State of Florida, frequently utilized the laws and Courts of the State of Florida and thereby did subject itself to the laws and jurisdiction of the State of Florida.

## **JURISDICTION & VENUE**

3. Plaintiffs restate their foregoing allegations as if fully set forth herein.

4. This case involves a claim for money damages more than $25,000.

5. The Court has jurisdiction over this case because the Plaintiffs is the owner of residential real property located within the State of Florida whose property has been adversely affected by illegal and fraudulent actions by the Defendant. Defendant is a foreign corporation conducting a considerable amount of business in the state if Florida.

6. Venue is proper in this Court in that Plaintiffs is a resident of this district, a vast majority of the acts and transactions giving rise to this action occurred in this district, and because the Defendants et al:

   a. is authorized to conduct business in this district and has availed itself of the laws and markets within this district by routinely corresponding with residents of the district and through the utilization of the courts, both state and federal, of this district.

   b. does substantial business in this district; and

    c. is subject to personal jurisdiction in this district.

## INDIVIDUAL PLAINTIFF FACTS

7. Plaintiffs restate their foregoing allegations as if fully set forth herein.
8. This is action for declaratory judgement, injunctive and equitable relief and for compensatory, special general and punitive damages.
9.
10. The Plaintiff entered into a mortgage agreement in the amount of $240,00.00 with Central Pacific Mortgage Company on April 5, 2006.
11. The Plaintiff homeowner disputes the title and ownership of the real property in question which is the subject of this action in that the originating mortgage lender and others alleged to have ownership of Plaintiffs mortgage note and/or deed of trust have unlawfully sold, assigned and or transferred their ownership and security interest related the property and do not have lawful ownership. For these reasons, the Court should Quiet title to the property in Plaintiff's name.
12. The Defendants failed to validate its claim when the Plaintiff requested on multiple occasions.

## COUNT I
## FRAUD AND MISREPRESENTATION

13. Plaintiffs restate their foregoing allegations as if fully set forth herein.

14. As set forth herein, the Defendant did misrepresent facts, or purposely fail to disclose material facts, in the alleged lending or servicing of mortgage loans.

15. The facts misrepresented were material to the transactions at issue.

16. The Defendant misrepresentations were made with knowledge of their falsity or with such utter disregard and recklessness as to whether such representations were true or false that knowledge may be inferred.

17. The Defendant misrepresentations were made with the intent of misleading the Plaintiffs into relying upon them.

18. Plaintiffs justifiably relied upon the misrepresentations made by the Defendant to their detriment.

19. The Defendant misrepresentations and omissions were wanton and reckless.

20. Due to the Defendant fraud, misrepresentations and omissions, Plaintiffs have been damaged in an amount of $80,000.00

### COUNT II- VIOLATION OF THE FEDERAL FAIR CREDIT REPORTING ACT

21. Plaintiff incorporates by reference the preceding paragraphs.

22. Defendants and/or its attorneys, agents, servants and/or employees, and/or its alleged predecessor(s) interest and/or their attorneys, agents, servants and/or employees, repeatedly, knowingly, intentionally, maliciously, and fraudulently reported false, negative information on defendant's credit reports in violation of the Federal Fair Credit Reporting Act causing Plaintiff to suffer damages

23. Due to the Defendant acts and omissions in violation of the Fair Credit Reporting Act, Plaintiff seeks the injunctive relief there under as set forth herein.

24. Due to the Defendant acts and omissions in violation of the Fair Credit Reporting Act, Plaintiff have been damaged in an amount of $20,000.00

### COUNT III: DEFAMATION

25. Plaintiff incorporates by reference the preceding paragraphs.

26. The accusations that Plaintiff failed to pay their debts and now has an outstanding balance are false.

4

27. The Defendants published the remarks to third parties with knowledge of the falsity of the statements or in reckless disregard of their truth or falsity.

28. The publication was not privileged.

29. The publication of these remarks has resulted in damage to the Plaintiff's reputation in the community and economic loss, including, but not limited to, the following:

   a. loss of insurance proceeds, the time value of money, and revenue from the business from the date that the business would have been repaired through the present and into the future.
   b. emotional distress.
   c. humiliation, mortification, and embarrassment.
   d. sleeplessness and anxiety; and
   e. other damages that may arise during discovery and the course of this trial.

30. Defendant's accusations were defamation per se.

### COUNT IV: NEGLIGENT UNDERTAKING

31. The Defendant negligently undertook the misconduct alleged herein and to file false and deceptive records in the deed records of Brevard County Register of Deeds.

### COUNT V
### NEGLIGENT MISREPRESENTATION

32. The Defendant negligently misrepresented the true beneficial misrepresented the beneficial owner of notes and related mortgages filed by them in the County for the purpose of avoiding the recordation of subsequent transfers and payment of attendant filing fee.

### CONCLUSION

33. The Plaintiff is the absolute title holder to property address 2340 Hickory Creek Road Melbourne, FL 32935.

34. This court must remain mindful that pro se complaints are liberally construed *Albra v. Advan Inc. 490 F. 3d. 826, 829 11th Cir. 2007*

## RELIEF REQUESTED

35. WHEREFORE, Plaintiff requests judgment against Defendant as follows:

   a. For a declaration and determination that Plaintiff is the rightful holder of title to the property address 2340 Hickory Creek Road Melbourne, FL 32935.

   b. and that Defendant, be declared to have no estate, right, title or interest in said property.

   c. For a judgment forever enjoining said defendants, his/her spouse, heirs, devisees, successors, or assignees from claiming any estate, right, title or interest in the subject property address 2340 Hickory Creek Road Melbourne, FL 32935.

   d. For costs of suit herein incurred and $100,000.00.

36. Such other and further relief as this Court determines is just, necessary, and proper.

Cordially Yours,

I, Ellis Stinnette, the binding party in this Quiet Title, hereby verify under penalty of perjury, that the above statement of facts is true and correct, pursuant to 28 U.S.C. 1746(1).

Dated:   October 04, 2021

/S/Ellis Stinnette

*[signature: Ellis Louis Stinnette Jr   10/04/2021]*