**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ELLIS STINNETTE,

    Plaintiff,

v.                                                       Case No. 6:21-cv-1654-WWB-LHP

CENTRAL PACIFIC MORTGAGE
COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On August 11, 2022, this Court issued an Order (Doc. 12) directing Plaintiff to file an amended motion for leave to file an amended pleading on or before August 23, 2022. Plaintiff was warned that the failure to timely file an amended motion would result in the dismissal of this case without further notice. (*Id.* at 1–2). Plaintiff has not filed an amended motion and the time to do so has passed. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on September 12, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party